IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BERDINO J. ARTHUR,

       Plaintiff,

vs.                                               No. CV 16-1220 KG/LF

GEORGE A. HARRISON,

       Defendant.

## JUDGMENT

**THIS MATTER** having come before the Court, under 28 U.S.C. § 1915(e)(2)(B) and rule 12(b)(6) of the Federal Rules of Civil Procedure on the Prisoner's Civil Rights Complaint filed by Plaintiff Berdino J. Arthur on November 7, 2016, (Doc. 1), and the Court having entered its Memorandum Opinion and Order dismissing this action,

**IT IS THEREFORE ORDERED** that **JUDGMENT** is hereby entered against Plaintiff, Berdino J. Arthur and the Prisoner's Civil Rights Complaint filed by Plaintiff Berdino J. Arthur on November 7, 2016, (Doc. 1) and all claims and causes of action in this proceeding are **DISMISSED** with prejudice.

_____
UNITED STATES DISTRICT JUDGE